This is to advise that on December 21, 2012

Judge Delissa A. Ridgway

Issued CONFIDENTIAL Slip Op. 12-160

In action

Ct. No. 10-00368

Gold East Paper (Jiangsu) Co., Ltd., et al.,
(Plaintiffs,)

v.

United States
(Defendant,)

and

Appleton Coated LLC, et al.,
(Defendant-Intervenors.)